

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00676-CV

**IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** and Latina Pruitt

Original Mandamus Proceeding[1]

**ORDER**

On September 20, 2018, relators filed a petition for writ of mandamus, and the real party in interest declined the opportunity to respond. After reviewing the petition, we conclude relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable David J. Rodriguez is ORDERED to, within fifteen days from the date of this order, vacate that portion of his December 18, 2017 Order on Defendants' Motion to Sever and Abate denying the defendants' motion to abate and issue an order granting the motion and abating the severed cause. The writ will issue only if we are notified Judge Rodriguez has not complied within fifteen days from the date of this order.

It is so **ORDERED** on December 19, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CV01324, styled *Samuel Bernal v. Allstate Fire and Casualty Insurance Co. and Latina Pruitt*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.